# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCUS THORNS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81302



FILED

MAY 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is an original petition for writ of mandamus or, in the alternative, for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On May 25, 2021, the real party in interest filed a motion to dismiss this petition as moot and vacate the oral argument scheduled for June 2, 2021. On May 26, 2021, petitioner filed a response in which he states he does not oppose the motion to dismiss and vacate. We grant the

21-15208

motion. The oral argument in this matter scheduled for June 2, 2021, is vacated, and we

> ORDER the petition DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Michael Villani, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk